COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| READYONE INDUSTRIES, INC., F/K/A NATIONAL CENTER FOR EMPLOYMENT OF THE DISABLED, | § § § | No. 08-07-00265-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th Judicial District Court |
| | § | of El Paso County, Texas |
| ROBERT E. JONES and ROBERT E. JONES, TRUSTEE OF JONES FAMILY TRUST, | § | (TC# 2007-4192) |
| | § | |
| Appellee. | | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's agreed motion to voluntarily dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a). Appellant has moved to dismiss the appeal as moot since the parties have resolved their dispute regarding the three properties at issue in Jones' underlying suit and subject of this appeal, and Appellee agrees. The Court concludes that the motion should be granted. Therefore, we dismiss the appeal with costs taxed against the Appellant since there is no agreement otherwise. *See* TEX.R.APP.P. 42.1 (d).


February 20, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, J., and Ables, Judge
Ables, Judge (Sitting by Assignment)(Not Participating)